FLORA WOLFFE YELIN, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant. — Judgment affirmed, with costs.  All concur, except Lewis, J., who dissents and

votes for reversal on the law and for dismissal of the complaint on the ground that there was a breach of promissory warranty in carrying the plaintiff as a passenger for a consideration.